**Exhibit A**

## IN THE CHANCERY COURT OF ADAMS COUNTY, MISSISSIPPI

EX PARTE: _Lacey Handjis_                          C # 20 _23_ - _64cm_

Address: _c/o ACSO_

### ORDER TO HOLD

This matter having come before the Court according to law, and the Court having found as follows:

I.

That a hearing will be held on _August 29_____, 20 _23_. at _3:30_ pm at _____.

2.

That at said hearing an Order of Commitment may be entered by this Court requiring the respondent to be admitted to the State Hospital at Whitfield.

3.

The respondent poses a substantial risk of bodily harm to himself/herself and to others, and is to be held until his hearing at Southwest Mental Health, and until a determination is made as to whether or not the Respondent will be committed to the Mississippi State Hospital at Whitfield.

**IT IS THEREFORE, ORDERED that:**

a) The Adams County Sheriff Department or Natchez Police Department take _Lacey Handjis_ into custody;

b) That the said _Lacey Handjis_ be held in the Adams County Sheriff Department Jail until his/her hearing in Chancery Court, and until bed space is available at Mississippi State Hospital;

c) This Order is to remain in effect for 90 days unless earlier terminated as provided by law.

**SO ORDERED AND DECREED** this the _28th_ day of _Aug_, 20 _23_.

ADAMS COUNTY, MISSISSIPPI
Filed_____M

AUG 28 2023

BRANDI B. LEWIS
CHANCERY CLERK
By_____DC

_____
**SPECIAL MASTER**

CLT-(HANDJIS)-000039