


## Adams County Sheriff's Department
## Jail Administrator
### INCIDENT STATEMENT

| Facility: | Adams County Sheriffs Department | Incident Number: | |
|---|---|---|---|
| Incident Date: | MONDAY AUGUST 28, 2023 | Incident Time (HRS) | 1343 |

| Person Name | Employee Number (Employee or Inmate #) | Person Type (Employee / Inmate) | Person Role (Witness or Participant) |
|---|---|---|---|
| BRENDA RUSSELL | A-91 | Employee | Witness |

**Housing Location (For Inmates / Residents Only):**

**Based on your own knowledge, what did you see, hear, and do?**

ON MONDAY, AUGUST 28TH 2023 AT APPROXIMATELY 1427, MRS LACEY HANJIS WAS TRANSPORTED TO THE ACSO. I BRENDA RUSSELL ESCORTED MRS. HANJIS TO THE BOOKING AREA WHERE THE STRIP SEARCHES AND CHANGING INTO OUR UNIFORMS IS DONE. MRS HANJIS WAS WEARING A T-SHIRT, BLUE JEAN SHORTS, A BRA, PANTIES AND A PAIR OF SANDALS. THE CLOTHING ITEMS WERE PLACED IN A PLASTIC CONTAINER AND LATER TAKEN TO THE PROPERTY ROOM. THE OFFICER WHO TRANSPORTED MRS HANJIS ALSO BROUGHT IN A PLASTIC BAG CONTAINING SOME PERSONAL ITEMS OF MRS HANJIS WHICH WAS PLACED IN A BLACK BAG, LABELED AND PUT ON TOP OF THE PERSONAL PROPERTY CABINET. MRS HANJIS WAS PLACED IN HOLDING CELL 1 AT APPROXIMATELY 1505.

f

**Did you receive any injuries? YES or NO (If YES, Explain Below)**
No

**Were you evaluated by medical? YES or NO**
No

| Printed Name: | BRENDA RUSSELL | | |
|---|---|---|---|
| Signature: | *Brenda Russell* | Date: | 08/31/23 |
| Typed By: | BRENDA RUSSELL | Date: | 08/31/23 |

This section to be completed by ACSD staff if the civilian / other or Inmate / resident refused to complete this form.

Place an "X" in the appropriate box:

| N/A | Inmate / Resident refused to complete this form |
|---|---|
| N/A | Civilian / Other refused to complete this form |

| Employee / Witness Printed Name | | Date: | |
|---|---|---|---|
| Employee / Witness Signature | | | |

| Employee / Witness Printed Name | | Date: | |
|---|---|---|---|
| Employee / Witness Signature | | | |

CLT-(HANDJIS)-000023