**Forensic Autopsy and Consulting Services, Inc.**
**8710 Faulkner Lake Road**
**North Little Rock, Arkansas  72117**
**(501) 313-2674**
**Email:  fjperettimd@gmail.com**

**CASE:**    2023-0841

**PRIVATE:**   Mississippi

## AUTOPSY REPORT

**NAME OF DECEDENT:**    Lacey Handjis

**RACE:** White        **SEX:**   Female              **AGE:** 37 years

**DATE OF EXAMINATION:**    September 8, 2023

**FORENSIC PATHOLOGIST:**   Frank J. Peretti, MD

## FINDINGS

I.      Previously autopsied body.

II.     Multiple superficial blunt force injuries of torso and extremities.
A.  No evidence of penetrating injuries to the head or torso.
B.  No evidence of neck muscle trauma.
C.  No evidence of anal or vaginal trauma.

III.    No gross evidence of disease.

IV.     Bipolar disorder, clinical.

**CAUSE OF DEATH:**     Hyponatremia Dehydration.

**CONTRIBUTORY FACTOR:**     Bipolar Disorder.

**MANNER OF DEATH:**     Natural.

## SUMMARY AND INTERPRETATION:

Investigation of the circumstances of death revealed that the decedent was found deceased in her cell at the Adam County Jail. Her psychological history was significant for "bipolar disease". Reportedly, video evidence showed her thrashing about in her cell along with self-inflicted mutilation along with vomiting and episodes of diarrhea. Reportedly, her medical history was significant for bipolar disorder. A complete autopsy was performed at the Mississippi State Medical Examiner's Office.

Family members elected to have a more definitive interpretation of the findings and requested a second autopsy which was performed in North Little Rock, Arkansas, on September 8, 2023.

Autopsy demonstrated superficial cutaneous blunt force injuries of the torso and extremities which are considered non-life-threatening. There was no internal evidence of blunt force or penetrating injuries to the thoraco-abdominal region. There was no evidence of neck, vaginal or anal trauma.

Review of the vitreous chemistries toxicological report from the Mississippi Medical Examiner's Office showed a pattern of hyponatremia dehydration. This pattern is commonly seen in individuals who have symptoms of persistent vomiting and diarrhea.

**The facts stated herein are correct to the best of my knowledge and belief.**


Frank J Peretti, MD
Forensic Pathologist

3-20-04
Date

## EXTERNAL FINDINGS:

Received for examination was the previously autopsied unclothed body of a white female of the reported age of 37 years. The injuries situated on the body will be described below. The body weighed 178 pounds post autopsy and measured 64 inches in length. Rigor mortis was absent. Lividity was present and fixed on the posterior surface of the body. The standard cranial autopsy incision was present. The scalp hair was blondish-brown. The eyes were collapsed due to previous vitreous withdrawal. The irides appeared to be brown. The external nares and oral cavity contained a slight amount of bloody secretions. The teeth were natural and in good condition.

The standard Y-shape autopsy incision was present. The external genitalia were that of a normal adult female. There was no evidence of vaginal or anal trauma. The upper and lower extremities were unremarkable except for the injuries to be described. The toenails were painted with black polish. A Mississippi Crime Lab identification number "ME23-0717 Handjis" encircled the right ankle.

## EVIDENCE OF MEDICAL ATTENTION:

None.

## EVIDENCE OF INJURY:

Situated on the left side of the chest was a 10 x 10 inch reddish-purple contusion.
Situated on the lateral aspect of the right arm was a 4 inch red contusion.
A 6 inch red contusion extended across the right elbow.
On the back of the right hand was an area of edema and ecchymosis with a needle puncture site.
On the back of the left hand was a 2 1/2 inch red contusion.
A 3 inch red contusion was present on the left lateral arm.
A 4 1/2 inch red contusion was present on the anterior surface of the right leg.
A 5 inch red contusion was present on the right knee.
A 1 inch faint red contusion was present lateral to the left knee.

Examination of the head, neck and torso demonstrated no evidence of injury. There were no skeletal fractures present.

## INTERNAL EXAMINATION:

### Body Cavities:

The subcutaneous fat layer measured approximately 1 inch. In the body cavities was a sealed red viscera bag containing all of the internal organs.

All organs were appropriately sectioned and appeared to be of normal size, shape and configuration. Weights were not obtainable due to previous resection and retention of tissues.

The appendix was not identified.

Page 3 of 5

## CARDIOVASCULAR SYSTEM:

The heart was normal size, shape and configuration. The previously sectioned coronary arteries demonstrated no lesions. The myocardium was unremarkable. The aortic valve and abdominal aorta were unremarkable.

## RESPIRATORY SYSTEM:

Both right and left lungs were congested with no lesions or injuries.

## NECK:

The strap muscles, large vessels, hyoid bone, larynx, epiglottis and vocal cords showed no abnormalities, hemorrhages or injuries. The laryngeal cartilage and hyoid bone were intact.

## ALIMENTARY TRACT:

The tongue, esophagus, stomach, small and large bowel, rectum and anus showed no lesions or abnormalities. The stomach was previously opened and contained no contents. The appendix was not identified.

## LIVER AND BILIARY SYSTEM:

The liver showed no lesions or injuries. The gallbladder was previously sectioned and contained no bile.

## GENITOURINARY SYSTEM:

Both right and left kidneys were unremarkable. The urinary bladder contained no urine. The vagina, cervix, uterus, fallopian tubes and ovaries were unremarkable. There was no evidence of anal or vaginal trauma.

## RETICULOENDOTHELIAL SYSTEM:

The spleen was atraumatic.

## ENDOCRINE SYSTEM:

Pituitary and adrenal glands were not identified. Thyroid and pancreas were unremarkable.

## MUSCULOSKELETAL SYSTEM:

The muscles were red-brown and within normal development. No bone or joint abnormalities were noted. Cervical, thoracic, and lumbar spine showed no obvious old fractures or other abnormalities.

## CENTRAL NERVOUS SYSTEM:

There were no external or subgaleal scalp injuries.  The temporalis muscles were atraumatic.  There were no fractures noted to the calvarium or the base of the skull.  The previously sectioned brain demonstrated no evidence of injury or lesions.



**NMS Labs**

200 Welsh Road, Horsham, PA 19044-2208
Phone: (215) 657-4900 Fax: (215) 657-2972
e-mail: nms@nmslabs.com
Robert A. Middleberg, PhD, F-ABFT, DABCC-TC, Laboratory Director

**CONFIDENTIAL**

## Toxicology Report

**Report Issued**   09/26/2023 16:12

To:   **10885**
Dr. Frank Peretti
8710 Faulkner Lake Road

North Little Rock, AR   72117

| | |
|---|---|
| **Patient Name** | HANDJIS, LACEY |
| **Patient ID** | 23-841 |
| **Chain** | 30305561 |
| **DOB** | Not Given |
| **Sex** | Female |
| **Workorder** | 23355372 |

**Page 1 of 3**

### Positive Findings:

| Analyte | Result | Units | Matrix Source |
|---|---|---|---|
| Chlorpheniramine | 17 | ng/mL | 001 - Cavity Blood |
| Promethazine | 8.1 | ng/mL | 001 - Cavity Blood |

See Detailed Findings section for additional information

### Testing Requested:

| Test | Test Name |
|---|---|
| 8042B | Postmortem, Expanded w/Vitreous Alcohol Confirmation, Blood (Forensic) |

### Specimens Received:

| ID | Tube/Container | Volume/ Mass | Collection Date/Time | Matrix Source | Labeled As |
|---|---|---|---|---|---|
| 001 | Gray Stopper Glass Tube | 9 mL | 09/08/2023 | Cavity Blood | 30305561 A |
| 002 | Gray Stopper Glass Tube | 8 mL | 09/08/2023 | Cavity Blood | 30305561 A |

All sample volumes/weights are approximations.
Specimens received on 09/12/2023.

# NMS

## Detailed Findings:

| Analysis and Comments | Result | Units | Rpt. Limit | Specimen Source | Analysis By |
|---|---|---|---|---|---|
| Chlorpheniramine | 17 | ng/mL | 10 | 001 - Cavity Blood | LC-MS/MS |
| Promethazine | 8.1 | ng/mL | 5.0 | 001 - Cavity Blood | LC-MS/MS |

Substance(s) known to interfere with the identity and/or quantity of the reported result: Promazine; Chlorpromazine

**Other than the above findings, examination of the specimen(s) submitted did not reveal any positive findings of toxicological significance by procedures outlined in the accompanying Analysis Summary.**

Unless alternate arrangements are made by you, the remainder of the submitted specimens will be discarded one (1) year from the date of this report; and generated data will be discarded five (5) years from the date the analyses were performed.

Workorder 23355372 was electronically signed on 09/26/2023 14:38 by:

Amanda L. D'Orazio, M.S., D-ABFT-FT
Forensic Toxicologist

## Analysis Summary and Reporting Limits:

All of the following tests were performed for this case. For each test, the compounds listed were included in the scope. The Reporting Limit listed for each compound represents the lowest concentration of the compound that will be reported as being positive. If the compound is listed as None Detected, it is not present above the Reporting Limit. Please refer to the Positive Findings section of the report for those compounds that were identified as being present.

Test 52440B - Chlorpheniramine Confirmation, Blood - Cavity Blood

-Analysis by High Performance Liquid Chromatography/ Tandem Mass Spectrometry (LC-MS/MS) for:

| Analyte | Rpt. Limit | Analyte | Rpt. Limit |
|---|---|---|---|
| Chlorpheniramine | 10 ng/mL | | |

Test 52456B - Promethazine Confirmation, Blood - Cavity Blood

-Analysis by High Performance Liquid Chromatography/ Tandem Mass Spectrometry (LC-MS/MS) for:

| Analyte | Rpt. Limit | Analyte | Rpt. Limit |
|---|---|---|---|
| Promethazine | 5.0 ng/mL | | |

Test 8042B - Postmortem, Expanded w/Vitreous Alcohol Confirmation, Blood (Forensic) - Cavity Blood

-Analysis by Enzyme-Linked Immunosorbent Assay (ELISA) for:

| Analyte | Rpt. Limit | Analyte | Rpt. Limit |
|---|---|---|---|
| Barbiturates | 0.040 mcg/mL | Gabapentin | 5.0 mcg/mL |
| Cannabinoids | 10 ng/mL | Salicylates | 120 mcg/mL |

-Analysis by Headspace Gas Chromatography (GC) for:

| Analyte | Rpt. Limit | Analyte | Rpt. Limit |
|---|---|---|---|
| Acetone | 5.0 mg/dL | Ethanol | 10 mg/dL |

 
## Analysis Summary and Reporting Limits:

| Analyte | Rpt. Limit | Analyte | Rpt. Limit |
|---|---|---|---|
| Isopropanol | 5.0 mg/dL | Methanol | 10 mg/dL |

-Analysis by High Performance Liquid Chromatography/Time of Flight-Mass Spectrometry (LC/TOF-MS) for: The following is a general list of analyte classes included in this screen. The detection of any specific analyte is concentration-dependent. Note, not all known analytes in each specified analyte class are included. Some specific analytes outside of these classes are also included. For a detailed list of all analytes and reporting limits, please contact NMS Labs. Amphetamines, Anticonvulsants, Antidepressants, Antihistamines, Antipsychotics, Benzodiazepines, CNS Stimulants, Cocaine and Metabolites, Hallucinogens, Hypnosedatives, Muscle Relaxants, Non-Steroidal Anti-Inflammatory Agents, Opiates and Opioids.