


## Adams County Sheriff's Department
## Jail Administrator
## INCIDENT STATEMENT

| Facility: | Adams County Sheriffs Department | Incident Number: | |
|---|---|---|---|

| Incident Date: | Tuesday, August 29,2023 | Incident Time (HRS) | 9:18 AM |
|---|---|---|---|

| Person Name | Employee Number (Employee or Inmate #) | Person Type (Employee / Inmate) | Person Role (Witness or Participant) |
|---|---|---|---|
| Cleophus Robinson | A-92 | Employee | |

| Housing Location (For Inmates / Residents Only) | |
|---|---|

**Based on your own knowledge, what did you see, hear, and do?**

On the above date, I, ofc. Cleophus Robinson A-92, around 8:00 into our shift, I A-92 Robinson noticed A41 Perry came in and asked who is the lady in Holding Cell 1?. He stated he remembered her from a accident that occurred on the 18th of August with her husband, I was noticing the lady in the Holding Cell making loud outburst at the time. Shortly after that A-24 Kracek came into the control room, while Kracek was present a inmate by the name of Victor Thomas came to the front desk to turn himself in and A-81 Collins walked him to the back of the jail. A-24 Kracek began putting information about the offender who turned himself in. I A-92 Robinson then took the inmate to the booking room and finished the process. While booking the inmate into the system I A-92 Robinson observed the inmate in holding Cell 1 continue the loud outburst. The inmate in Holding Cell 1 stated she needed someone to help her. A-24 Kracek started talking to the offender for about 20 minutes to try and calm her down while sitting infront of the cell. The offender wanted soap, and a towel to wash up, I A-92 Robinson told A-86 Mrs.Williams that the inmate asked for the following hygiene supply. After the hygiene was approved by Mrs.Russell I A-92 Robinson and A-24 Kracek supplied her with a mat and hygiene supply. A-24 Kracek finally got the offender in Holding Cell 2 to calm down he exited the building. Me myself along with Mrs.Williams continued to monitor the offender on camera she was washing her hair and moving around in the process of that she appeared to be fine. She was constantly asking for a officer to help her. I A-92 Robinson went to her Cell to further assist her, and she stated that her face was burning and she would like to see a doctor, I told her that she would have to check with morning shift because we could not

| Did you receive any injuries? YES or NO (If YES, Explain Below) | |
|---|---|
| No | |

| Were you evaluated by medical? YES or NO | |
|---|---|
| No | |

| Printed Name: | Cleophus Robinson | | |
|---|---|---|---|
| Signature: | | Date: | 08/29/23 |
| Typed By: | Cleophus Robinson | Date: | 08/29/23 |

This section to be completed by ACSD staff if the civilian / other or Inmate / resident refused to complete this form.

Place an "X" in the appropriate box:

| N/A | Inmate / Resident refused to complete this form |
|---|---|
| N/A | Civilian / Other refused to complete this form |

| Employee / Witness Printed Name | | Date: | |
|---|---|---|---|
| Employee / Witness Signature | | | |

| Employee / Witness Printed Name | | Date: | |
|---|---|---|---|
| Employee / Witness Signature | | | |

CLT-(HANDJIS)-000018

 

# Adams County Sheriff's Department
## Jail Administrator
### INCIDENT STATEMENT

| Facility: | Adams County Sheriffs Department | | Incident Number: | |
|---|---|---|---|---|

| Incident Date: | Tuesday, August 29,2023 | Incident Time (HRS) | 9:18 AM |
|---|---|---|---|

| Person Name | Employee Number (Employee or Inmate #) | Person Type (Employee / Inmate) | Person Role (Witness or Participant) |
|---|---|---|---|
| Cleophus Robinson | A-92 | Employee | |

| Housing Location (For Inmates / Residents Only) | |
|---|---|

**Based on your own knowledge, what did you see, hear, and do?**

could not get her a doctor tonight. Then around 1400 hours I A-92 observed the offender on camera and she was undressing herself and walking around the holding cell communicating with herself. Around 1430 I looked at the camera and the inmate was on the floor moving around in her fesis. I informed Mrs. Williams and I observed her on camera and she appeared to be resting. The last time I observed her on camera was 15:15 she appeared to be resting well, this conclude my statement.

| Did you receive any injuries? YES or NO (If YES, Explain Below) |
|---|
| No |

| Were you evaluated by medical? YES or NO |
|---|
| No |

| Printed Name: | Cleophus Robinson | | | |
|---|---|---|---|---|
| Signature: | | | Date: | 08/29/23 |
| Typed By: | Cleophus Robinson | | Date: | 08/29/23 |

This section to be completed by ACSD staff if the civilian / other or Inmate / resident refused to complete this form.

Place an "X" in the appropriate box:

| N/A | Inmate / Resident refused to complete this form |
|---|---|
| N/A | Civilian / Other refused to complete this form |

| Employee / Witness Printed Name | | Date: | |
|---|---|---|---|
| Employee / Witness Signature | | | |

| Employee / Witness Printed Name | | Date: | |
|---|---|---|---|
| Employee / Witness Signature | | | |

CLT-(HANDJIS)-000019