IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

RUSSELL HANDJIS, INDIVIDUALLY, AND ON BEHALF
OF THE WRONGFUL DEATH BENEFICIARIES OF
LACEY ROBINETTE HANDJIS; AND
SHERRY HANDJIS, ON BEHALF OF JACK HANDJIS
AND TYLER HANDJIS, MINOR CHILDREN OF
LACEY ROBINETTE HANDJIS                                              PLAINTIFFS

        v.                                          CAUSE NO. 5:25-cv-00005-KS-BWR

ADAMS COUNTY, MISSISSIPPI; ADAMS COUNTY
MISSISSIPPI SHERIFF'S DEPARTMENT; SHERIFF
TRAVIS PATTEN; CHIEF STANLEY SEARCY;
LIEUTENANT CHARLES CLEMONS; MASTER
SEARGENT BRENDA RUSSELL; JAILER
SHARTA TYMS; JOHN DOES 1-5; AND ABC CORPS. 6-10          DEFENDANTS

**UNOPPOSED MOTION TO ADD ADDITIONAL
PARTIES and AMEND THE COMPLAINT**

        The Plaintiffs seek to add additional parties to this cause and amend the original

Complaint and respectfully requests the Court to grant this Motion and deem the Amended

Complaint filed on June 13, 2025, and this Motion as timely and properly filed. In support of this

Motion the Plaintiffs state:

        1.      The deadline for motions for joinder of parties or amendments to the Complaint

was June 2, 2025. The Defendants agreed to extend this deadline until June 13, 2025, and a

motion for time was filed reflecting the same. (Doc. 22).

        2.      The Plaintiffs filed the Amended Complaint (Doc. 23) on the evening of June 13,

2025, but inadvertently did not file a motion to amend. A copy of the Amended Complaint is

attached as Exhibit 1.

3.      Counsel for the Plaintiffs and Defendants conferred today and the Defendants do not oppose this Motion or the filing of the Amended Complaint.

4.      Rule 15(a)(2) of the Federal Rules of Civil Procedure provides a party may amend its pleading only with opposing party's written consent or the court's leave. "The court should freely five leave when justice so requires."

5.      As stated previously and on both telephonic conferences, the Defendants do not oppose the filing of the Amended Complaint or this Motion and based on information provided in the initial disclosure phase just requires that the Plaintiffs be allowed to amend the complaint and add new parties.

6.      Because the Amended Complaint was filed prior to this Motion the Plaintiffs respectfully request the Court to treat this Motion as being filed on June 13, 2025, and deem the Amended Complaint as being properly and timely filed.

Wherefore, the Plaintiffs respectfully request the Court to grant the relief requested herein.

Dated: June 16, 2025.

s/ *Eric Dillon*

Eric Dillon (MSB# 100958)
Eric Dillon Law Firm, PLLC
216 West Jackson Street
Ridgeland, Mississippi 39157
P. 601.906.5336
eric@ericdillonlawfirm.com

BARRETT LAW, PLLC
121 Colony Crossing, Suite D
Madison, Mississippi 39110
601.790.1505
jpb@barrettlawms.com

## Certificate of Service

I certify I have served this document on all counsel of record via the Court's electronic filing system.

Dated: June 16, 2025.

s/ *Eric Dillon*