IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

RUSSELL HANDJIS, INDIVIDUALLY, AND ON BEHALF
OF THE WRONGFUL DEATH BENEFICIARIES OF
LACEY ROBINETTE HANDJIS; AND
SHERRY HANDJIS, ON BEHALF OF JACK HANDJIS
AND TYLER HANDJIS, MINOR CHILDREN OF
LACEY ROBINETTE HANDJIS                                         PLAINTIFFS

v.                                            CAUSE NO. 5:25-cv-00005-KS-BWR

ADAMS COUNTY, MISSISSIPPI; ADAMS COUNTY
MISSISSIPPI SHERIFF'S DEPARTMENT; SHERIFF
TRAVIS PATTEN; CHIEF STANLEY SEARCY;
LIEUTENANT CHARLES CLEMONS; MASTER
SEARGENT BRENDA RUSSELL; JAILER
SHARTA TYMS; OFFICER WANILA WILLIAMS;
OFFICER VATISHA COLLINS; OFFICER CLEOPHUS
ROBINSON; CORPORAL MICHAEL KRACEK;
JOHN DOES 1-5; AND ABC CORPS. 6-10                             DEFENDANTS

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

The Plaintiffs and Defendants, through counsel, hereby stipulate and jointly agree that

named Defendants Lieutenant Charles Clemons, Master Sargent Brenda Russell, and Jailer Sharta

Tyms, are hereby dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Plaintiffs also voluntarily dismiss Corporal Michael Kracek from the matter without

prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).[1]

Dated: June 26, 2025.

 /s/ *Eric Dillon*
Eric Dillon, MSB#100958
*One of Plaintiffs' Attorneys*

/s/ *Lance Martin*
Lance Martin, MSB#105203
*One of the Attorneys of Defendants in Original Complaint--Adams County, MS; Adams County Sheriff's Dept.; Sheriff Travis Patten; Chief Stanley Searcy; Lt. Charles*

---

[1] Prior Defendants take no position on the voluntary dismissal of Kracek inasmuch as he is a newly named defendant who has not filed a responsive pleading and who prior Defendants' counsel does not represent.

*Clemons; Master Seargent Brenda Russell; and Jailer Sharta Tyms.*