**THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**RUSSELL HANDJIS, INDIVIDUALLY, AND ON BEHALF**
**OF THE WRONGFUL DEATH BENEFICIARIES OF**
**LACEY ROBINETTE HANDJIS; AND**
**SHERRY HANDJIS, ON BEHALF OF JACK HANDJIS**
**AND TYLER HANDJIS, MINOR CHILDREN OF**
**LACEY ROBINETTE HANDJIS**                                    **PLAINTIFFS**

**v.**                                        **CAUSE NO. 5:25-cv-00005-KS-BWR**

**ADAMS COUNTY, MISSISSIPPI; ADAMS COUNTY**
**MISSISSIPPI SHERIFF'S DEPARTMENT; SHERIFF**
**TRAVIS PATTEN; CHIEF STANLEY SEARCY;**
**LIEUTENANT CHARLES CLEMONS; MASTER**
**SEARGENT BRENDA RUSSELL; JAILER**
**SHARTA TYMS; OFFICER WANILA WILLIAMS;**
**OFFICER VATISHA COLLINS; OFFICER CLEOPHUS**
**ROBINSON; CORPORAL MICHAEL KRACEK;**
**JOHN DOES 1-5; AND ABC CORPS. 6-10**                        **DEFENDANTS**

### ANSWER AND AFFIRMATIVE DEFENSES

**COME NOW**, Defendants, Officer Vatisha Collins and Officer Cleophus Robinson, by

and through  Counsel, and respectfully file this their Answer and Affirmative Defenses to the

Plaintiff's Complaint, to wit:

### FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a cause of action as to these Defendants for which relief may

be granted, including, but not limited to, the defense of qualified immunity as to the individual

Defendants herein. Therefore, the same should be dismissed.

### SECOND AFFIRMATIVE DEFENSE

To the extent that Plaintiffs allege any claims under state law against these individual

defendants, they are barred under the provisions of the Mississippi Tort Claims Act, *Miss. Code*

1

*Ann.* §11-46-1 (Supp. 1997), *et seq*.  Specifically, Plaintiffs' Complaint fails to state a claim under state law upon which relief can be granted as to Defendants under the provisions of the <u>Mississippi Tort Claims Act</u>, as no claim under state law is available against a governmental entity or its employees for either: (1) negligence by its sworn law enforcement officers; (2) failure to train, supervise or discipline law enforcement officers; or, (3) for an injury to a person who was a detainee at the time of an alleged injury. *Miss. Code Ann.* §11-46-9(1)(b),(c),(d),(e),(f),(h),(m) (Supp. 1997).  Additionally, to the extent those claims are asserted, Plaintiffs' claims must be dismissed, because Plaintiffs failed to provide a pre-suit notice of claim as required by *Miss. Code Ann*. §11-46-11.

### THIRD AFFIRMATIVE DEFENSE

Plaintiffs fail to state a claim upon which relief may be granted against any Defendant.

### FOURTH AFFIRMATIVE DEFENSE

The conduct of Plaintiffs' Decedent was the sole proximate cause of the incidents forming the basis of this lawsuit and her own alleged injuries and damages, if any; alternately, the conduct of Plaintiffs' Decedent was a contributing proximate cause of the incidents forming the basis of this lawsuit and her own alleged injuries and/or damages, if any.  Furthermore, these Defendants assert the protections of the Mississippi Apportionment Statute, *Miss. Code Ann.* §85-5-7 (Supp 2003).

### FIFTH AFFIRMATIVE DEFENSE

The individual Defendants are entitled to qualified immunity from Plaintiffs' claims against them.   These Defendants were public officials in the course of their duties during the incident forming the basis of this lawsuit.  These Defendants did not engage in any conduct which deprived the Plaintiffs or decedent  Lacey Robinette Handjis, of any right, privilege nor immunity

2

protected by the Constitution or Laws of the United States. Additionally, the conduct of these Defendants was objectively reasonable in light of clearly established law at the time of their actions in this matter. These Defendants' actions were justified and arguably justifiable in light of the information they possessed and clearly established law. As such, a reasonable officer could have believed their actions lawful during the incident forming the basis of this lawsuit.

### SIXTH AFFIRMATIVE DEFENSE

With respect to Plaintiffs' state law claims, Defendants claim the protection of the statutory exemptions from liability found in *Miss. Code Ann.* §11-46-9 (1999). Alternatively, Defendants claim the protection of governmental immunity and/or sovereign immunity.

### SEVENTH AFFIRMATIVE DEFENSE

Under applicable Mississippi jurisprudence and law, and specifically, *Miss. Code Ann.* §11-46-11(2)(a)(ii) and (iii), Plaintiffs' Notice of Claim is deficient. Due to the failure of Plaintiffs to strictly comply with those mandates, the state law claims should be dismissed.

### EIGHTH AFFIRMATIVE DEFENSE

Plaintiffs' failure to allege violation of any duty by Defendants bars this cause of action.

### NINTH AFFIRMATIVE DEFENSE

To the extent that any personnel acting within the course and scope of their employment with Adams County are alleged to be involved in or responsible for the custody, safety, protection, supervision or care of Plaintiffs' decedent at any time, such conduct was at all times objectively reasonable and consistent with clearly established law, and for that reason Plaintiffs' claims are barred.

3

## TENTH AFFIRMATIVE DEFENSE

Plaintiffs' decedent's cause of death (death via health conditions existing prior to arrest, but unknown at the time by the arresting officers, jailors and/or any named or unnamed Defendants) does not allow for a cognizable wrongful death claim.  No action or omission by these Defendants were  the sole proximate cause of, or in the alternative, the proximate contributing cause of the injuries experienced by Plaintiffs but said injuries, if any, were caused solely or contributory by natural causes and/or circumstances, conditions, or causes not related to these Defendants which may be proven at the trial of this cause so that these Defendants are not liable to Plaintiffs.

## ELEVENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred under the doctrine of independent, intervening cause and/or efficient superseding cause.

## TWELFTH AFFIRMATIVE DEFENSE

At no time did any governmental actor acting breach any duty that was ministerial in nature, causing any legally cognizable harm to Plaintiffs' Decedent, and for that reason, Plaintiffs' claims are barred.

## THIRTEENTH AFFIRMATIVE DEFENSE

Answering Defendants specifically assert and invoke all defenses available to them as set forth in Fed. R. Civ. P. 12(b)(1) through 12(b)(7) for which a good faith legal and/or factual basis exists or may exist.

## FOURTEENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred by the running of the applicable statute of limitations, laches, waiver, estoppel, *res judicata*, administrative collateral estoppel, judicial estoppel, assumption of risk and the doctrine of unclean hands.

## FIFTEENTH AFFIRMATIVE DEFENSE

The conduct of Plaintiffs' decedent constituted the sole proximate cause of any injuries and/or death allegedly sustained and of any damages allegedly resulting therefrom. Moreover, the injuries/damages, if any, of Plaintiffs were not foreseeable to these Defendants, and therefore, Plaintiffs' claim as to these Defendants should be dismissed.

## SIXTEENTH AFFIRMATIVE DEFENSE

The instant claim fails to state a claim upon which relief may be granted because there is no medical evidence to establish substantial harm or otherwise show cognizable injury to Plaintiffs' decedent which was caused by these Defendants.

## SEVENTEENTH AFFIRMATIVE DEFENSE

Punitive damages are not cognizable against these Defendants. These Defendants further invoke the safeguards of the Equal Protection and Due Process clauses of the United States Constitution, Article 3, Section 14 of the Mississippi Constitution and the provisions of *Miss. Code Ann.* §§11-1-65 and 11-46-15 (2) (1993).

## EIGHTEENTH AFFIRMATIVE DEFENSE

These Defendants are not responsible for any condition of the Plaintiffs' Decedent that pre-existed the events which made the basis of this Complaint.

## NINETEENTH AFFIRMATIVE DEFENSE

Plaintiffs' Complaint and the claims and causes of action asserted therein are barred under the doctrine of public official immunity, by reason of the fact that any duty on the part of the Defendants involved the use of discretion, and at no time did any governmental actor substantially exceed its authority, nor was any legally cognizable harm to Plaintiffs or decedent Lacey Robinette Handjis, caused by or in the course of such exercise of authority and discretion.

## TWENTIETH AFFIRMATIVE DEFENSE

As to any state law claims against the Defendants, they invoke all of the protections, limitations, qualifications, caps, immunities, and provisions of the Mississippi Tort Claims Act, including, but not limited to, those set forth in *Miss. Code Ann.* § 11-46-1, *et seq*. Moreover, Plaintiffs' Complaint fails to state a claim under state law upon which relief can be granted as to Defendants under the provisions of the Mississippi Tort Claims Act, *Miss. Code Ann.* § 11-46-9 (1)(a) - (w) (Supp. 1997), *et seq*.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

To the extent a breach in the standard of care is established, which expressly denies, Lacey Robinette Handjis, was not deprived of a greater than 50% chance of a substantially better outcome. In other words, without conceding or admitting that any breach in the standard of care occurred, compliance with the Plaintiffs' version of the applicable standard of care would not have provided Lacey Robinette Handjis, with a greater than 50% chance of a substantially better outcome, and therefore, Plaintiffs' claims fail as a matter of law.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

Plaintiffs' damages, if any, should be reduced to the extent they failed to mitigate their own damages.

**TWENTY-THIRD AFFIRMATIVE DEFENSE**

Defendants adopt and incorporate all affirmative defenses asserted by any other current or future co-defendant.

**TWENTY-FOURTH AFFIRMATIVE DEFENSE**

Because this Defendant has no official capacity at this time and had none at the time suit was filed, and the action seeks relief against him in an official capacity, the pleadings must be amended to remove all official capacity claims against him and substitute any claims.

**FIRST AMENDED COMPLAINT ANSWER[1]**

**(Jury Trial Requested)[2]**

**AND, NOW,** having asserted their affirmative defenses to the First Amended Complaint filed herein, and without waiving any such defenses, these Defendants answer the allegations of Plaintiffs' First Amended Complaint, paragraph by paragraph, as follows.

Defendants deny the allegations in the unnumbered paragraph beginning with COME NOW.

**I.**

**PARTIES**

1.     Defendants are without information to admit or deny these allegations, so deny the same.

2.     Defendants are without information to admit or deny these allegations, so deny the same.

3.     Defendants admit Adams County, Mississippi, is a political subdivision of the State of Mississippi, subject to the MTCA, and that it may be served with process pursuant to the MTCA and Rule 4 of the Federal Rules of Civil Procedure. Answering Defendants deny the remaining allegations of paragraph 3 of Plaintiffs' First Amended Complaint.

---

[1] Defendants use the headings in the First Amended Complaint for the ease of the Court.  To the extent that these headings contain any factual allegations, they are specifically denied.
[2] Plaintiffs' state law claims for negligence (Count II) and gross negligence (Count III) must be tried by a judge of this Court "without a jury[.]" Miss. Code Ann. § 11-46-13(1).

4.  Defendants deny the allegations in this paragraph.

5.  Defendants admit Sheriff Travis Patten is the duly elected Sheriff of Adams County, and that he may be served with process pursuant to the MTCA and Rule 4 of the Federal Rules of Civil Procedure. Answering Defendants deny the remaining allegations of paragraph 5 of Plaintiffs' First Amended Complaint.

6.  The allegations of this paragraph do not appear to be directed at these Defendants. Defendants are without information to admit or deny the allegations, so deny the same.

7.  The allegations of this paragraph do not appear to be directed at these Defendants. Defendants are without information to admit or deny the allegations, so deny the same.

8.  The allegations of this paragraph do not appear to be directed at these Defendants. Defendants are without information to admit or deny the allegations, so deny the same.

9.  The allegations of this paragraph do not appear to be directed at these Defendants. Defendants are without information to admit or deny the allegations, so deny the same.

10. The allegations of this paragraph do not appear to be directed at these Defendants. Defendants are without information to admit or deny the allegations, so deny the same.

11. The allegations in this paragraph are denied.  This Officer is no longer working for Adams County and was not working for Adams County when the Complaint was filed.

12. The allegations in this paragraph are denied.  This Officer is no longer working for Adams County and was not working for Adams County when the Complaint was filed.

13. The allegations of this paragraph do not appear to be directed at these Defendants. Defendants are without information to admit or deny the allegations, so deny the same.

14. The allegations of this paragraph do not appear to be directed at these Defendants. Defendants are without information to admit or deny the allegations, so deny the same.

## II.

## JURISDICTION AND VENUE

15. Defendants deny the allegations in this paragraph as stating legal conclusions.

16. Defendants deny the allegations in this paragraph as stating legal conclusions.

## III.

## FACTS

8

17. Defendants deny the allegations in this paragraph as stating legal conclusions.

18. Defendants admit Lacey Robinette Handjis ("Decedent") was held in the Adams County Jail on a mental health order[3] beginning at approximately 2:20 PM on August 28, 2023, and that she died while in custody at approximately 4:40 AM on the morning of August 29, 2023. Defendants lack information sufficient to determine the truth of the remaining allegations of this paragraph, and therefore, deny the same.

19. Defendants are without information to admit or deny these allegations, so deny the same.

20. Defendants are without information to admit or deny these allegations, so deny the same.

21. Defendants are without information to admit or deny these allegations, so deny the same.

22. Defendants are without information to admit or deny these allegations, so deny the same.

23. Defendants are without information to admit or deny these allegations, so deny the same.

24. Defendants are without information to admit or deny these allegations, so deny the same.

25. Defendants are without information to admit or deny these allegations, so deny the same.

26. Defendants are without information to admit or deny these allegations, so deny the same.

27. Defendants are without information to admit or deny these allegations, so deny the same.

28. Defendants admit Decedent was held in the Adams County Jail pursuant to an Adams County Chancery Court Order to Hold. Answering Defendants deny the remaining allegations of this paragraph.

29. Defendants are without information to admit or deny these allegations, so deny the same.

30. Defendants admit officers processed the Decedent for holding in the Adams County Jail, and further aver Plaintiffs' "Exhibit B" [23-2] speaks for itself. Answering Defendants deny the remaining allegations of paragraph 30 of Plaintiffs' First Amended Complaint, as stated.

31. Defendants were not parties to the initial Core Disclosures. But upon information and belief, Defendants admit that the County Defendants provided Plaintiffs with extensive video surveillance, all of which use Military time, and that this surveillance was filed under seal. All other allegations are denied.

---

[3] Plaintiffs attached an Adams County Chancery Court Order to Hold to their First Amended Complaint as "Exhibit A" [23-1]. The Order speaks for itself.

32.     Denied.

33.     Denied.

34.     The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

35.     The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

36.     The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

37.     The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

38.     The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

39.     The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

40.     The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they

misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

41. The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

42. The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

43. The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

44. The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

45. The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

46. The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

47. The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they

misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

48. The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

49. The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

50. The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

51. The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

52. The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

53. The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

54. The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they

misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

55. The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

56. Denied.

57. The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

58. The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

59. The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

60. The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

61. The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

62. The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they

misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

63. Denied.

64. The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

65. The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

66. The allegations of this paragraph seek to recount and recite events and statements that are visible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

67. The allegations of this paragraph seek to recount and recite events and statements that are visible from photographs of the incident at issue in this action. Defendants deny the mischaracterization of the still photographs as not capturing the entire events. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

68. The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

69. The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

70. The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they

misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

71. The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

72. The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

73. The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

74. The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

75. The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

76. The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

77. The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they

misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

78.    Denied as stated.

79.    The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

80.    The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

81.    The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

82.    The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

83.    The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

84.    The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

85.    The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they

misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

86. The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

87. The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

88. The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

89. The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

90. The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

91. The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

92. The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they

17

misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

93. The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

94. The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

95. The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

96. The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

97. The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

98. The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

99. The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they

misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

100. The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

101. The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

102. The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

103. The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

104. The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

105. The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

106. The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they

misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

107. The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

108. The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

109. The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

110. The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

111. The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

112. The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

113. The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they

misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

114. The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

115. The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

116. The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they misstate or mischaracterize the contents of such video recordings. The additional allegations of this paragraph seek to recount and recite events and statements that are visible from photographs of the incident at issue in this action. Defendants deny the mischaracterization of the still photographs as not capturing the entire events. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

117. Denied.

118. The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

119. The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

120. The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

121. The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

122. The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

123. The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

124. The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

125. The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

126. The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

127. The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

128. The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

129. The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

130. The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

131. Defendants aver the September 7, 2023, toxicology report speaks for itself. The remaining allegations of this paragraph contain medical assessments and conclusions and, as such, Defendants deny the same. Defendants reserve the right to challenge these assessments and conclusions.

132. Defendants aver the autopsy report speaks for itself. The remaining allegations of this paragraph contain medical assessments and conclusions and, as such, Defendants deny the same. Defendants reserve the right to challenge these assessments and conclusions.

133. Defendants aver the autopsy report speaks for itself. The remaining allegations of this paragraph contain medical assessments and conclusions and, as such, Defendants deny the same. Defendants reserve the right to challenge these assessments and conclusions.

134. Denied.

135. Denied.

136. Defendants admit that some of the Adams County jail employees were interviewed. All other allegations are denied.

137. The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

23

138.   The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

139.   The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

140.   The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

141.   The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

142.   The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

143.   The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

144.   The allegations of this paragraph seek to recount and recite events and statements that are visible and audible from video recordings of the incident at issue in this action. These video recordings speak for themselves, and Defendants deny the allegations to the extent they misstate or mischaracterize the contents of such video recordings. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

145.   The allegations of this paragraph seek to recount and recite events and statements that are included in an incident statement describing the incident at issue in this action. This document speaks for itself, and Defendants deny the allegations to the extent they misstate

24

or mischaracterize the contents of any documents. Additionally, Defendants deny all allegations of this paragraph not specifically admitted above.

146. The allegations in this paragraph do not appear to be directed at these Defendants, therefore, they are denied.

147. The allegations in this paragraph do not appear to be directed at these Defendants, therefore, they are denied. To the extent that these allegations are, Defendants deny the allegations contained in this paragraph and deny the allegations in the cited report.

148. The allegations in this paragraph do not appear to be directed at these Defendants, therefore, they are denied. To the extent that these allegations are, Defendants deny the allegations contained in this paragraph and deny the allegations in the cited report.

149. The allegations in this paragraph do not appear to be directed at these Defendants, therefore, they are denied. To the extent that these allegations are, Defendants deny the allegations contained in this paragraph and deny the allegations in the cited report.

150. The allegations in this paragraph do not appear to be directed at these Defendants, therefore, they are denied. To the extent that these allegations are, Defendants deny the allegations contained in this paragraph and deny the allegations in the cited report.

151. The allegations in this paragraph do not appear to be directed at these Defendants, therefore, they are denied. To the extent that these allegations are, Defendants deny the allegations contained in this paragraph and deny the allegations in the cited report.

152. Defendants are without information to admit or deny this paragraph, so deny the same.

153. The allegations in this paragraph do not appear to be directed at these Defendants, therefore, they are denied.

154. The allegations in this paragraph do not appear to be directed at these Defendants, therefore, they are denied.

## IV.

### CAUSES OF ACTION
### Count I—42 U.C.A. Sec. 1983

### Violation of the Fourteenth Amendment Rights

### A. Unconstitutional Conditions of Confinement

155. Defendants adopt and incorporate the preceding paragraphs.

156. The allegations in this paragraph are a statement of law and do not require a response from these Defendants. To the extent that they do, Defendants deny them as incomplete.

157. The allegations in this paragraph do not appear to be directed at these Defendants, therefore, they are denied.

158. The allegations in this paragraph do not appear to be directed at these Defendants, therefore, they are denied.

159. The allegations in this paragraph do not appear to be directed at these Defendants, therefore, they are denied.

160. Denied.

161. Denied.

162. Denied.

163. Denied.

164. Denied.

165. Denied as stated.

166. Denied.

### B. Unconstitutional Episodic Acts or Omissions

167. Defendants adopt and incorporate the preceding paragraphs.

168. The allegations in this paragraph are a statement of law and do not require a response from these Defendants. To the extent that they do, Defendants deny them as incomplete.

169. Officers Robinson and Collins admit that they were at all times employees acting under the color of law. All other allegations in this paragraph are denied.

170. Denied.

171. The allegations in this paragraph do not appear to be directed at these Defendants, therefore, they are denied.

172. Denied.

173. Denied.

174. Denied.

### Count II
### State Law Claim: Negligence

175. Defendants adopt and incorporate the preceding paragraphs.

176. Denied as stated.

177. Denied.

178. Denied.

**Count III**
**State Law Claim: Gross Negligence**

179. Defendants adopt and incorporate the preceding paragraphs.

180. Denied.

181. Denied.

182. Denied.

**IV.**

**DAMAGES**

183. Denied.

**AND NOW, HAVING FULLY ANSWERED** and asserted their Affirmative Defenses, the Defendants pray that this Court grant the following relief:

(A)     That this Court dismiss Plaintiffs' Complaint with prejudice, based upon each and all of the aforesaid Affirmative Defenses;

(B)     That this Court deny Plaintiffs the relief prayed for and that Plaintiffs be denied any relief whatsoever; and,

(C)     That this Court award the Defendants their attorney fees, costs and expenses associated with the defense of the instant civil action.

**RESPECTFULLY SUBMITTED** this the 18th day of August, 2025.

**JACKS | GRIFFITH | LUCIANO, P.A.**

By: /s/ ***Bethany A. Tarpley***
   Bethany A. Tarpley, MS Bar No. 104134
   Daniel J. Griffith, MS Bar No. 8366
   *Attorney for Defendants*

Of Counsel:

**JACKS | GRIFFITH | LUCIANO, P.A.**
150 North Sharpe Street
P. O. Box 1209
Cleveland, MS 38732
Phone No. (662)843-6171
Fax No. (662) 843-6176
Email: dgriffith@jlpalaw.com
   btarpley@jlpalaw.com

**CERTIFICATE OF SERVICE**

I, Bethany A. Tarpley, attorney of record for Defendants, Vatisha Collins and Cleophus Robinson, do hereby certify that I have this day caused a true and correct copy of the above and foregoing *ANSWER AND AFFIRMATIVE DEFENSES* to be delivered by the ECF Filing System which gave notice to all counsel of record.

           /s/ ***Bethany A. Tarpley***
           Bethany A. Tarpley