# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### WESTERN DIVISION

**RUSSELL HANDJIS, INDIVIDUALLY, AND ON BEHALF**
**OF THE WRONGFUL DEATH BENEFICIARIES OF**
**LACEY ROBINETTE HANDJIS; AND**
**SHERRY HANDJIS, ON BEHALF OF JACK HANDJIS**
**AND TYLER HANDJIS, MINOR CHILDREN OF**
**LACEY ROBINETTE HANDJIS**                                    **PLAINTIFFS**

**V.**                                              **CAUSE NO. 5:25-cv-00005-DCB-BWR**

**ADAMS COUNTY, MISSISSIPPI; ADAMS COUNTY**
**MISSISSIPPI SHERIFF'S DEPARTMENT; SHERIFF**
**TRAVIS PATTEN; CHIEF STANLEY SEARCY;**
**OFFICER WANILA WILLIAMS; OFFICER VATISHA**
**COLLINS; OFFICER CLEOPHUS ROBINSON;**
**JOHN DOES 1-5; AND ABC CORPS. 6-10**                          **DEFENDANTS**


## EXHIBIT A

## REMAINDER OF INTERVIEW WITH WANILA WILLIAMS

## (CONVENTIONALLY FILED)