**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**RUSSELL HANDJIS, INDIVIDUALLY, AND ON BEHALF
OF THE WRONGFUL DEATH BENEFICIARIES OF
LACEY ROBINETTE HANDJIS; AND
SHERRY HANDJIS, ON BEHALF OF JACK HANDJIS
AND TYLER HANDJIS, MINOR CHILDREN OF
LACEY ROBINETTE HANDJIS**                                    **PLAINTIFFS**

**v.**                                                                 **CAUSE NO. 5:25-cv-0005-KS-BWR**

**ADAMS COUNTY, MISSISSIPPI; ADAMS COUNTY
MISSISSIPPI SHERIFF'S DEPARTMENT; SHERIFF
TRAVIS PATTEN; CHIEF STANLEY SEARCY;
LIEUTENANT CHARLES CLEMONS; MASTER
SEARGENT BRENDA RUSSELL; JAILER
SHARTA TYMS; OFFICER WANILA WILLIAMS;
OFFICER VATISHA COLLINS; OFFICER CLEOPHUS
ROBINSON; CORPORAL MICHAEL KRACEK;
JOHN DOES 1-5; AND ABC CORPS. 6-10**                    **DEFENDANTS**

---

**RESPONSE TO MOTION TO STAY**

---

The Plaintiffs, through counsel, hereby oppose the Defendant's Motion to Stay on two grounds. First, Plaintiffs believe there are some of the Adams County Jail Policies that have not been produced in supplemental initial disclosures and we need to be able to obtain those if we are correct. Second, the Plaintiffs have requested a status conference with Judge Rath to address filing the graphic videos under seal. The graphic videos are a vital component of the case and need to be filed under seal to protect Lacey's young children from being exposed to the videos and imaging.

WHEREFORE, THE ABOVE PREMISES CONSIDERED, the Plaintiffs respectfully requests the Court deny the Motion to Stay.

Dated: November 26, 2025.

s/ *Eric Dillon*

Eric Dillon (MSB# 100958)
Eric Dillon Law Firm, PLLC
216 West Jackson Street
Ridgeland, Mississippi 39157
P. 601.906.5336
eric@ericdillonlawfirm.com

Jonathan P. Barrett, MSB#102426
Barrett Law, PLLC
121 Colony Crossing, Suite D
Madison, MS 39110
Tel: 601-790-1505
Fax: 769-300-0922
jpb@barrettlawms.com

## Certificate of Service

I certify I have served this document on all counsel of record via the Court's electronic filing system.

Dated: November 26, 2025.

s/ *Eric Dillon*