**RUSSELL HANDJIS, INDIVIDUALLY, AND ON BEHALF**
**OF THE WRONGFUL DEATH BENEFICIARIES OF**
**LACEY ROBINETTE HANDJIS; AND**
**SHERRY HANDJIS, ON BEHALF OF JACK HANDJIS**
**AND TYLER HANDJIS, MINOR CHILDREN OF**
**LACEY ROBINETTE HANDJIS**                   **PLAINTIFFS**

      **v.**                                  **CAUSE NO. 5:25-cv-0005-DCB-BWR**

**ADAMS COUNTY, MISSISSIPPI; ADAMS COUNTY**
**MISSISSIPPI SHERIFF'S DEPARTMENT; SHERIFF**
**TRAVIS PATTEN; CHIEF STANLEY SEARCY;**
**OFFICER WANILA WILLIAMS;**
**OFFICER VATISHA COLLINS; OFFICER CLEOPHUS**
**ROBINSON; and JOHN DOES 1-5; AND ABC CORPS. 6-10**
**DEFENDANTS**

---

### DECLARATION OF JONATHAN P. BARRETT

---

I, Jonathan P. Barrett, an attorney duly-admitted to practice law in the State of Mississippi, including this Court, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am the owner/operator of Barrett Law, PLLC, which is the co-counsel for Plaintiffs in this case. I submit this declaration in support to Plaintiffs' Motion to File Certain Exhibits Under Seal.

2. In support of Plaintiffs' Amended Complaint, Plaintiffs rely upon the videos and audio of the Adams County Jail holding cell in which decedent Lacey Handjis occupied at all times material to this case. Plaintiffs also rely on digital still photographs taken from video of the holding cell, the control room, and the hallway.

3. Mrs. Handjis is nude in most of the <u>holding cell</u> video. She also vomits repeatedly. At least three times, she vomits blood. And, she loses her bowels onto the floor. Mrs. Handjis was under emotional distress, which is captured in the video and audio of the holding cell. Her

1

death is also captured in the video.  It is a graphic scene.  The holding cell video is referenced in the Amended Complaint as <u>Exhibit C</u>.

4.  <u>Exhibit F</u> referenced in the Amended Complaint is a collection of digital still images in the holding cell, hallway, and control room videos of (a) Lacie Handjis, partially clothed and her blood she had vomited remains in the sink bowl of the holding cell; (b) Officer Collins in the control room looking at the video monitors (c) in the hallway, Lacey's pants she had removed, along with bloody water Lacie had taken from the holding cell sink bowl and placed on the hallway floor; and (d) in the hallway, Office Robinson and another man walking by the aforesaid bloody water and Lacey's pants.

5.  <u>Exhibit G</u> referenced in the Amended Complaint is a collection of digital still images of Officer Williams peering into the holding cell; and Lacey Handjis laying nude on the floor of the floor in her feces, face-down; and Officers Williams and Robinson in the control room looking at the video monitors.

6.  Due to the graphic nature of these videos and digital stills contained in these exhibits, and in order to protect the and respect the dignity of decedent Lacey Handjis, herself, and her two young children, these exhibits should be sealed to prevent access by the public and litigants' counsel.

I declare under penalty of perjury that the foregoing is true and correct.  Dated this 3rd day of December, 2025.

Respectfully submitted,

 /s/ *Jonathan P. Barrett*
Jonathan P. Barrett
