**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**RUSSELL HANDJIS, INDIVIDUALLY, AND ON BEHALF**
**OF THE WRONGFUL DEATH BENEFICIARIES OF**
**LACEY ROBINETTE HANDJIS; AND**
**SHERRY HANDJIS, ON BEHALF OF JACK HANDJIS**
**AND TYLER HANDJIS, MINOR CHILDREN OF**
**LACEY ROBINETTE HANDJIS**                                                    **PLAINTIFFS**

                **v.**                                          **CAUSE NO. 5:25-cv-0005-KS-BWR**

**ADAMS COUNTY, MISSISSIPPI; ADAMS COUNTY**
**MISSISSIPPI SHERIFF'S DEPARTMENT; SHERIFF**
**TRAVIS PATTEN; CHIEF STANLEY SEARCY;**
**LIEUTENANT CHARLES CLEMONS; MASTER**
**SEARGENT BRENDA RUSSELL; JAILER**
**SHARTA TYMS; OFFICER WANILA WILLIAMS;**
**OFFICER VATISHA COLLINS; OFFICER CLEOPHUS**
**ROBINSON; CORPORAL MICHAEL KRACEK;**
**JOHN DOES 1-5; AND ABC CORPS. 6-10**                          **DEFENDANTS**

---

### SUPPLEMENTAL RESPONSE TO MOTION TO STAY

---

The Plaintiffs, through counsel, hereby oppose the Defendant's Motion to Stay on additional grounds. Regarding the County Defendants (Adams County, Mississippi; Adams County Sheriff's Department; Sheriff Travis Patten; Chief Stanley Searcy), the Plaintiffs are entitled to conduct discovery on the County Defendants' policies, practices, and procedures, both written and unwritten. The Plaintiffs believe there are additional records that need to be obtained and there are depositions that need to be taken to support the claims against the County Defendants. Granting a stay as to the County Defendants will handcuff the Plaintiffs from being able to oppose any dispositive motion that may be filed by the County Defendants.

WHEREFORE, THE ABOVE PREMISES CONSIDERED, the Plaintiffs respectfully requests the Court deny the Motion to Stay and allow the Plaintiffs to conduct discovery on the claims against the County Defendants.

Dated: December 3, 2025.

s/ *Eric Dillon*

Eric Dillon (MSB# 100958)
Eric Dillon Law Firm, PLLC
216 West Jackson Street
Ridgeland, Mississippi 39157
P. 601.906.5336
eric@ericdillonlawfirm.com

Jonathan P. Barrett, MSB#102426
Barrett Law, PLLC
121 Colony Crossing, Suite D
Madison, MS 39110
Tel: 601-790-1505
Fax: 769-300-0922
jpb@barrettlawms.com

### Certificate of Service

I certify I have served this document on all counsel of record via the Court's electronic filing system.

Dated: December 3, 2025.

s/ *Eric Dillon*