**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**RUSSELL HANDJIS, ET AL.**                                      **PLAINTIFFS**

**V.**                                              **CAUSE NO. 5:25-cv-00005-DCB-BWR**

**ADAMS COUNTY, MISSISSIPPI, ET AL.**                      **DEFENDANTS**

**ADAMS COUNTY, MISSISSIPPI, SHERIFF TRAVIS**
**PATTEN, AND CHIEF STANLEY SEARCY'S MOTION FOR**
**SUMMARY JUDGMENT REGARDING PLAINTIFFS' STATE LAW CLAIMS**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the Mississippi Tort Claims Act ("MTCA"), Miss. Code Ann. § 11-46-1, *et seq.*, and the Court's Case Management Order [ECF No. 21] ("CMO"), Adams County, Mississippi, Sheriff Travis Patten, and Chief Stanley Searcy (jointly the "County")[1] submit their Motion for Summary Judgment Regarding Plaintiffs' State Law Claims.

In support of the same, the County—as required by Rule 7(b)(4) of the Local Uniform Civil Rules of the United States District Courts for the Northern and Southern Districts of Mississippi—is simultaneously filing a memorandum brief setting forth arguments and authorities related to the grounds below for this Court to grant the County's Motion and dismiss Plaintiffs' state law claims against the County.

1.      The Court must dismiss Plaintiffs' state law claims against Sheriff Patten and Chief Searcy in their individual capacities because they cannot be individually liability under the MTCA. *See* Miss. Code Ann. § 11-46-7(2).

---

[1] Sheriff Patten and Chief Searcy do not have any individual liability in this case. *See* Miss. Code Ann. § 11-46-7(2).

2.      The Court must dismiss Plaintiffs' state law claims against Sheriff Patten and Chief Searcy in their individual capacities because Plaintiffs lack record evidence to demonstrate Sheriff Patten or Chief Searcy were outside the course and scope of their employment.

3.      The Court must dismiss Plaintiffs' state law claims against the County in their entirety because the MTCA's inmate exception wholly bars Plaintiffs' state law claims as Lacey Robinette Handjis ("Decedent") was a pre-trial detainee in the Adams County Jail at the time of her death. *See* Miss. Code Ann. § 11-46-9(1)(m).

4.      To the extent the Court does not dismiss Plaintiff's state law claims based on the MTCA's inmate exception, the Court must nevertheless dismiss Plaintiffs' state law claims against the County because the MTCA's Police Function Exemption bars the claims. *See* Miss. Code Ann. § 11-46-9(1)(c).

5.      The Court must also dismiss Plaintiffs' state law claims against the County because Plaintiffs lack record evidence to demonstrate the County, or its employees, acted in reckless disregard for the safety and well-being of Decedent.

6.      Furthermore, the Court must dismiss Plaintiffs' state law claims against the County for negligent or grossly negligent hiring, supervision, and/or training as the MTCA's discretionary-function immunity bars such claims when concerning law enforcement officers.

7.      The Court must also dismiss Plaintiffs' state law claims against the County for negligent, or grossly negligent, hiring, supervision, and/or training because Plaintiffs lack record evidence to demonstrate Sheriff Patten or Chief Searcy negligently or with

2

gross negligence hired, trained/failed to train, or supervised/failed to supervise any officer in this case.

8. Moreover, the Court must dismiss Plaintiffs' state law claims because they expired on August 29, 2024, approximately 134 days before Plaintiffs filed their Complaint, due to a deficient pre-suit notice of claim ("Notice").

9. The Court must also dismiss Plaintiffs' state law claims because Plaintiffs' Notice failed to satisfy the amount of money damages requirement and the residence of the person(s) making the claim at the time of the injury and at the time of filing the notice requirements. *See* Miss. Code Ann. § 11-46-11(2)(b)(iii).

10. Finally, the Court must dismiss Plaintiffs' state law claims because Plaintiffs' deficient Notice failed to toll the MTCA's one-year statute of limitations.

11. In support of the foregoing grounds for dismissal, the County relies on:

**Exhibit 1:** Plaintiff's Notice of Claim

WHEREFORE, PREMISES CONSIDERED, based upon the grounds above, which are set forth in greater detail within Adams County, Mississippi, Sheriff Travis Patten, and Chief Stanley Searcy's supporting Memorandum of Authorities, Adams County, Sheriff Patten, and Chief Searcy respectfully request the Court grant them summary judgment and dismiss Plaintiffs' state law claims, if any, with prejudice

**DATE:** **December 11, 2025.**

3

Respectfully submitted,

**ADAMS COUNTY, MISSISSIPPI, SHERIFF TRAVIS PATTEN, AND CHIEF STANLEY SEARCY**

BY:    /s/*Lance W. Martin*

One of Their Attorneys

WILLIAM R. ALLEN (MSB #100541)
LANCE W. MARTIN (MSB #105203)
Butler Snow, LLP
1020 Highland Colony Pkwy
Suite 1400
Ridgeland, MS 39157
Tel. 601-948-5711
Fax 601-985-4500
will.allen@butlersnow.com
lance.martin@butlersnow.com

## CERTIFICATE OF SERVICE

I, the undersigned of Butler Snow LLP, one of the attorneys for Adams County, Mississippi, Sheriff Travis Patten, and Chief Stanley Searcy, hereby certify that on this day, I electronically filed the foregoing Motion for Summary Judgment Regarding Plaintiffs' State Law Claims with the Clerk of the Court using the ECF system, which shall give notice to all counsel of record including, but not limited to:

Eric Dillon, Esq.
ERIC DILLON LAW FIRM, PLLC
216 West Jackson Street
Ridgeland, Mississippi 39157
eric@ericdillonlawfirm.com

Jonathan P. Barrett, Esq.
BARRETT LAW, PLLC
121 Colony Crossing, Suite D
Madison, Mississippi 39110
jpb@barrettlawms.com
            *Attorneys for Plaintiff*

4

Daniel J. Griffith, Esq.
Arnold U. Luciano, Esq.
Nicholas J. McClain, Esq.
JACKS GRIFFITH LUCIANO, P.A.
P.O. Box 1209
Cleveland, MS 38732
dgriffith@jlpalaw.com
aluciano@jlpalaw.com
nick@jlpalaw.com
*Attorneys for Defendants, Williams, Collins and Robinson*

The 11th day of December, 2025.

/s/ *Lance W. Martin*
OF COUNSEL

98733497.v1

5