Lance Martin

| | |
|---|---|
| **From:** | Eric Dillon <eric@ericdillonlawfirm.com> |
| **Sent:** | Wednesday, May 7, 2025 11:31 AM |
| **To:** | Lance Martin |
| **Cc:** | Jonathan Barrett; Will Allen; Sonya Wilson |
| **Subject:** | Re: Handjis TCMC . . . |

 **This message needs your attention**

• Some Recipients have never replied to this person.

Give me a call when you can. You or your IT people may be able to tell me what needs to be done to get the audio on the VLC player. As you know, we have a deadline in less than a month to file amended pleadings so we need the video that has the audio playing on it. We are going to use the video as an exhibit to the amended complaint so the judge needs to be able to hear and see the video.

Eric Dillon Law Firm
216 West Jackson Street
Ridgeland, Mississippi 39157
eric@ericdillonlawfirm.com
601.906.5336

> On May 6, 2025, at 5:01 PM, Lance Martin <Lance.Martin@butlersnow.com> wrote:
>
> Eric,
>
> I will reach out to the sheriff and his chief deputy and have them put the files on thumb drives. It may be that I have to go to Adams County early next week to ensure all the files are there, but I will get them to you.
>
> I am in Kentucky until Sunday, but I will have the sheriff and chief Searcy start putting things together ASAP tomorrow.
>
> In the meantime, I'll try to start piecemealing them to you, starting with what will probably be regarded as the most relevant videos, and we can go from there.
>
> Sent from my iPhone

>> On May 6, 2025, at 5:47 PM, Eric Dillon <eric@ericdillonlawfirm.com> wrote:
>>
>> Lance,
>>
>> We can't get the audio on the videos. We are using the VLC player. What do we need to do?
>>
>> Eric



**EXHIBIT**

**1**

Eric Dillon Law Firm
216 West Jackson Street
Ridgeland, Mississippi 39157
eric@ericdillonlawfirm.com
601.906.5336

On May 2, 2025, at 8:50 AM, Lance Martin <Lance.Martin@butlersnow.com> wrote:

Eric and Jonathan,

Per the Court's Rule 16(a) Order, you guys are to call me first, then call into the Court with me on the line. You can reach me at the direct line below, or on my cell: 601-669-0490.

**Lance W. Martin**
**Butler Snow LLP**
**D: (601) 985-4244** | F: (601) 985-4500
1020 Highland Colony Parkway, Suite 1400, Ridgeland, MS 39157
P.O. Box 6010, Ridgeland, MS 39158-6010
Lance.Martin@butlersnow.com | vCard | Bio

X (Twitter) | LinkedIn | Facebook | YouTube

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.