IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

RUSSELL HANDJIS, ET AL.                                        PLAINTIFFS

V.                                CIVIL ACTION NO. 5:25-CV-5-DCB-BWR

ADAMS COUNTY, MISSISSIPPI,                                     DEFENDANTS
ET AL.


**ORDER**

This matter is before the Court sua sponte for case management purposes. See Marinechance Shipping, Ltd. v. Sebastian, 143 F.3d 216, 218 (5th Cir. 1998) (observing that "[t]he district court possesses the inherent power to control its docket."). Accordingly, the Court hereby orders, as follows:

1. Plaintiffs' Responses to the pending Motions for Summary Judgment [ECF Nos. 65, 67, and 69] are due fourteen (14) days from the date of this Order.

2. Because Defendants have asserted the defense of qualified immunity, a court "may not permit discovery against the immunity-asserting defendants before it rules on their defense." Carswell v. Camp, 54 F.4th 307, 311 (5th Cir. 2022); see also Hutcheson v. Dallas Cnty., 994 F.3d 477, 481 (5th Cir. 2021) ("Before limited discovery is permitted, a plaintiff seeking to overcome [qualified immunity] must assert facts that, if true, would overcome that defense.").

3. The trial of this matter scheduled for June 1, 2026, is

hereby continued.  Should this case survive the pending dispositive motions, the parties are directed to contact Magistrate Judge Rath to set a status/scheduling conference.  Accordingly, the Motion for a New Case Management Order and Continuance [ECF No. 71] is granted in part and denied without prejudice in part, with leave to re-urge the request for extension of deadlines before Magistrate Judge Rath, in the event the case survives the dispositive motions.

**SO ORDERED AND ADJUDGED,** this the 17th day of April, 2026.

/s/David Bramlette
UNITED STATES DISTRICT JUDGE