**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**RUSSELL HANDJIS, ET AL.**                                             **PLAINTIFFS**

**V.**                                             **CAUSE NO. 5:25-cv-00005-DCB-BWR**

**ADAMS COUNTY, MISSISSIPPI, ET AL.**                                             **DEFENDANTS**

**SHERIFF TRAVIS PATTEN AND CHIEF STANLEY
SEARCY'S MOTION TO WITHDRAW MOTION FOR SUMMARY
JUDGMENT REGARDING INDIVIDUAL CAPACITY CLAIMS**

Sheriff Travis Patten and Chief Stanley Searcy submit their Motion to Withdraw Motion for Summary Judgment Regarding Plaintiffs' Individual Capacity Claims as follows:

1.      Sheriff Patten and Chief Searcy filed a dispositive motion regarding Plaintiffs' individual capacity claims [67] against them on December 11, 2025, asserting qualified immunity.

2.      During a teleconference with the Court on May 8, 2025, Sheriff Patten and Chief Searcy agreed to withdraw the pending motion subject to the ability to file a Motion for Judgment on the Pleadings based on Qualified Immunity on or before May 15, 2026.

3.      Therefore, Sheriff Patten and Chief Searcy respectfully request the Court withdraw their Motion for Summary Judgment Regarding Plaintiffs' Individual Capacity Claims [67] and supporting Memorandum of Authorities [68] from the docket of this case and terminate any consideration of the same.

4.      Due to the simple and self-explanatory nature of this Motion, Sheriff Patten and Chief Searcy request the Court relieve them of their L.U. Civ. R. 7(b)(4) obligation to

file a memorandum brief in support of this Motion.

WHEREFORE, PREMISES CONSIDERED, Sheriff Travis Patten and Chief Stanley Searcy respectfully request the Court enter an Order withdrawing the pending Motion [67] from the Court's docket.

**DATE:      May 8, 2026.**

Respectfully submitted,

**SHERIFF TRAVIS PATTEN, IN HIS INDIVIDUAL CAPACITY, AND CHIEF STANLEY SEARCY, IN HIS INDIVIDUAL CAPACITY**

BY:      /s/ *Lance W. Martin*
         One of Their Attorneys

WILLIAM R. ALLEN (MSB #100541)
LANCE W. MARTIN (MSB #105203)
Butler Snow, LLP
1020 Highland Colony Pkwy
Suite 1400
Ridgeland, MS 39157
Tel. 601-948-5711
Fax 601-985-4500
will.allen@butlersnow.com
lance.martin@butlersnow.com

## CERTIFICATE OF SERVICE

I, the undersigned of Butler Snow LLP, one of the attorneys for Sheriff Travis Patten, in his individual capacity, and Chief Stanley Searcy, in his individual capacity, hereby certify that on this day I electronically filed the foregoing Motion to Withdraw Motion for Summary Judgment Regarding Individual Capacity Claims with the Clerk of the Court using the ECF system, which shall give notice to all counsel of record including, but not limited to:

Eric Dillon (MSB No. 100958)
ERIC DILLON LAW FIRM, PLLC
216 West Jackson Street
Ridgeland, Mississippi 39157
601.906.5336
eric@ericdillonlawfirm.com

Jonathan P. Barrett (MSB No. 102426)
BARRETT LAW, PLLC
121 Colony Crossing, Suite D
Madison, Mississippi 39110
601.790.1505
jpb@barrettlawms.com

*Attorneys for Plaintiff*

The 8th day of May 2026.

/s/ *Lance W. Martin*
OF COUNSEL

3