## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### WESTERN DIVISION

**RUSSELL HANDJIS, ET AL.**                                              **PLAINTIFFS**

**V.**                                                    **CAUSE NO. 5:25-cv-00005-DCB-BWR**

**ADAMS COUNTY, MISSISSIPPI, ET AL.**                                    **DEFENDANTS**

### ADAMS COUNTY, MISSISSIPPI, SHERIFF TRAVIS PATTEN, AND CHIEF STANLEY SEARCY'S MOTION TO WITHDRAW MOTION FOR SUMMARY JUDGMENT REGARDING PLAINTIFFS' STATE LAW CLAIMS

Adams County, Mississippi, Sheriff Travis Patten, and Chief Stanley Searcy (jointly the "County")[1] submit their Motion to Withdraw Motion for Summary Judgment Regarding Plaintiffs' State Law Claims as follows:

1.      The County filed a dispositive motion regarding Plaintiffs' state law claims [69] on December 11, 2025.

2.      During a teleconference with the Court on May 8, 2025, the County agreed to withdraw the pending motion subject to the ability to refile at a later date.

3.      Therefore, the County respectfully requests the Court withdraw the County's Motion for Summary Judgment Regarding Plaintiffs' State Law Claims [69] and supporting Memorandum of Authorities [70] from the docket of this case and terminate any consideration of the same.

4.      Due to the simple and self-explanatory nature of this Motion, the County requests the Court relieve it of its L.U. Civ. R. 7(b)(4) obligation to file a memorandum

---

[1] Sheriff Patten and Chief Searcy do not have any individual liability in this case. *See* Miss. Code Ann. § 11-46-7(2).

brief in support of the Motion.

WHEREFORE, PREMISES CONSIDERED, Adams County, Mississippi, Sheriff Travis Patten, and Chief Stanley Searcy respectfully request the Court enter an Order withdrawing the pending Motion [69] from the Court's docket.

**DATE:**      **May 8, 2026.**

Respectfully submitted,

**ADAMS COUNTY, MISSISSIPPI, SHERIFF TRAVIS PATTEN, AND CHIEF STANLEY SEARCY**

BY:      /s/ *Lance W. Martin*
            One of Their Attorneys

WILLIAM R. ALLEN (MSB #100541)
LANCE W. MARTIN (MSB #105203)
Butler Snow, LLP
1020 Highland Colony Pkwy
Suite 1400
Ridgeland, MS 39157
Tel. 601-948-5711
Fax 601-985-4500
will.allen@butlersnow.com
lance.martin@butlersnow.com

2

## CERTIFICATE OF SERVICE

I, the undersigned of Butler Snow LLP, one of the attorneys for Adams County, Mississippi, Sheriff Travis Patten, and Chief Stanley Searcy, hereby certify that on this day I electronically filed the foregoing Motion to Withdraw Motion for Summary Judgment Regarding Plaintiffs' State Law Claims with the Clerk of the Court using the ECF system, which shall give notice to all counsel of record including, but not limited to:

> Eric Dillon (MSB No. 100958)
> ERIC DILLON LAW FIRM, PLLC
> 216 West Jackson Street
> Ridgeland, Mississippi 39157
> 601.906.5336
> eric@ericdillonlawfirm.com
>
> Jonathan P. Barrett (MSB No. 102426)
> BARRETT LAW, PLLC
> 121 Colony Crossing, Suite D
> Madison, Mississippi 39110
> 601.790.1505
> jpb@barrettlawms.com
>
> *Attorneys for Plaintiff*

The 8th day of May 8, 2026.

/s/ *Lance W. Martin*
OF COUNSEL