**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**RUSSELL HANDJIS, INDIVIDUALLY, AND ON BEHALF
OF THE WRONGFUL DEATH BENEFICIARIES OF
LACEY ROBINETTE HANDJIS; AND
SHERRY HANDJIS, ON BEHALF OF JACK HANDJIS
AND TYLER HANDJIS, MINOR CHILDREN OF
LACEY ROBINETTE HANDJIS**

**PLAINTIFFS**

      **v.**               **CAUSE NO. 5:25-cv-0005-DCB-BWR**

**ADAMS COUNTY, MISSISSIPPI; ADAMS COUNTY
MISSISSIPPI SHERIFF'S DEPARTMENT; SHERIFF
TRAVIS PATTEN; CHIEF STANLEY SEARCY;
OFFICER WANILA WILLIAMS;
OFFICER VATISHA COLLINS; OFFICER CLEOPHUS
ROBINSON; and JOHN DOES 1-5; AND ABC CORPS. 6-10**    **DEFENDANTS**

---

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR ADDITIONAL
TIME TO RESPOND TO PATTEN AND SEARCY'S QI MOTION [DOC. 90]**

---

This cause is before the Court on the Plaintiffs' Unopposed Motion for Additional Time to Respond to Patten and Searcy's QI Motion [Doc. 90]. The Court, having considered the Motion and the circumstances for the requested additional time, finds the Motion is well taken and is granted.

IT IS THEREFORE ORDERED that the Plaintiffs' deadline to respond to Doc. 90 is extended until June 12, 2026.

SO ORDERED AND ADJUDGED, this the 21st day of May, 2026.

                            /s/ David Bramlette
                            UNITED STATES DISTRICT JUDGE

1

Submitted by:

s/ *Eric Dillon*  (MSB# 100958)
Eric Dillon Law Firm, PLLC
216 West Jackson Street
Ridgeland, Mississippi 39157
601.906.5336
eric@ericdillonlawfirm.com