**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**RUSSELL HANDJIS, ET AL.** **PLAINTIFFS**

**V.** **CAUSE NO. 5:25-cv-00005-DCB-BWR**

**ADAMS COUNTY, MISSISSIPPI, ET AL.** **DEFENDANTS**

**ORDER OF DISMISSAL**

The parties have advised the Court that they have fully settled this case. On September 30, 2026, a Louisiana court of competent jurisdiction approved the settlement of the minor children's claims. The parties thereafter executed the settlement agreement on October 13, 2026, and the settlement payment has been made.

Accordingly, this action is DISMISSED WITH PREJUDICE as to all claims and all parties. Each party will bear its own attorneys' fees and costs. The Clerk shall close this case.

SO ORDERED AND ADJUDGED, this the 29th day of October, 2026.

s/David Bramlette
UNITED STATES DISTRICT JUDGE

PREPARED BY:

*/s/ Lance W. Martin*
WILLIAM R. ALLEN (MSB #100541)
LANCE W. MARTIN (MSB #105203)
Butler Snow LLP
1020 Highland Colony Pkwy, STE 1400
Ridgeland, MS 39157
Tel. 601-948-5711
Fax 601-985-4500
will.allen@butlersnow.com
lance.martin@butlersnow.com

AGREED TO BY:

*/s/ Eric Dillon*
Eric Dillon (MSB No. 100958)
ERIC DILLON LAW FIRM, PLLC
216 West Jackson Street
Ridgeland, Mississippi 39157
Tel. 601.906.5336
eric@ericdillonlawfirm.com

*/s/ Jonathan P. Barrett*
Jonathan P. Barrett (MSB No. 102426)
BARRETT LAW, PLLC
121 Colony Crossing, Suite D
Madison, Mississippi 39110
Tel. 601.790.1505
jpb@barrettlawms.com
*Attorneys for Plaintiff*

*/s/ Arnold U. Luciano*
Arnold U. Luciano
Daniel J. Griffith
Nicholas James McClain
JACKS GRIFFITH LUCIANO, PA
P. O. Box 1209
150 N. Sharpe Ave.
Cleveland, MS 38732-1209
Tel. 662/843-6171
Fax: 662/843-6176
aluciano@griffith-luciano.com
danny@griffith-luciano.com
nick@griffith-luciano.com
*Attorneys for Wanila Williams, Vastisha Collins, and Cleophus Robinson*